**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

      Plaintiff,

v.                                  Case No:  5:16-cv-153-Oc-30PRL

2.16 ACRES OF LAND IN LAKE COUNTY
FLORIDA, et al.,

      Defendants.
_____/

# ORDER

THIS CAUSE comes before the Court upon the parties' stipulation to partial summary judgment on confirming Plaintiff's right to condemn the subject easements and immediate possession.  (Doc. 30)

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.      Plaintiff Sabal Trail Transmission, LLC's Motion for Partial Summary Judgment Determining the Right to Condemn Easements (Doc. 3) is GRANTED.

2.      Plaintiff Sabal Trail Transmission, LLC's Motion for Preliminary Injunction for Immediate Possession (Doc. 4) is GRANTED.

3.      Plaintiff may immediately access and possess the easement areas depicted in the Notice of Condemnation in this matter for the purpose of constructing and operating the subject pipeline project in accordance with the Certificate of Public Convenience and Necessity issued by the Federal Energy Regulatory Commission (Doc. 1, Ex. 4).

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of May, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record